Dismissed and Memorandum Opinion filed April 3, 2008








Dismissed
and Memorandum Opinion filed April 3, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00100-CV

____________

 

LEONARD M. MCCOLLUM, Appellant

 

V.

 

AMIN NOOR, ET AL; YOSEPY M. NOOR, INDIVIDUALLY,
MOHAMMAD R. NASSIRIVANAKI, INDIVIDUALLY, AND MARK J. TORMEY, TRUSTEE, AND
INDIVIDUALLY, Appellees

 



 

On Appeal from the
61st District Court

Harris County,
Texas

Trial Court Cause
No. 2005-01217

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed April 28, 2005.  On March 19, 2008, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum Opinion filed April
3, 2008.

Panel consists of Justices Fowler, Frost, and Seymore.